| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

SOLOMON SALAZAR, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:13-CV-447
§
DARREN B. WALLACE, *et al.*, §
§
    Defendants. §

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Solomon Salazar, an inmate confined at the Stiles Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's claims against defendant Rudolfo Carrizal be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.[1] Accordingly, it is

---

[1] Plaintiff filed a motion for ineffective service (#60) and a motion to dismiss defendant Carrizal without prejudice (#61). Plaintiff's motions are granted. Therefore, the report will be adopted to the extent it recommended dismissal.

**ORDERED** that plaintiff's claims against defendant Rudolfo Carrizal are **DISMISSED** without prejudice.

SIGNED at Beaumont, Texas, this 1st day of March, 2017.

                                            MARCIA A. CRONE
                                   UNITED STATES DISTRICT JUDGE